## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-4605 MWF (FFMx) | Date | July 14, 2015 |
| Title | RICHARD GREENBERG v. RICHARD M. JOHNSTON, GLENN TURNER, JOHN C. NELSON, OVSEP KHACHERYAN, JENNIFER FRASER | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS

     On July 13, 2015, defendant Richard M. Johnston filed two motions to compel plaintiff to respond to written discovery. Defendant contends that plaintiff failed to provide any response to properly served interrogatories and requests for production of documents. Given the foregoing, plaintiff is ordered to show cause within 10 days of the date of this order, if any he has, why sanctions should not be imposed upon him for failure to comply with his discovery obligations pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

     Sanctions contemplated by this Court include monetary sanctions, issue sanctions, and/or dismissal for failure to prosecute.

                                                                                                      :       

                                                                       Initials of Preparer        JM