JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/11/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD GREENBERG,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD M. JOHNSTON, GLENN TURNER, JOHN C. NELSON, OVSEP KHACHERYAN, JENNIFER FRASER,<br><br>  Defendants. | CASE NO. CV14-04605 MWF (FFMx)<br><br>Hon. Michael W. Fitzgerald, Courtroom 1600<br><br>**ORDER FOR DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW for consideration of the Stipulation for Dismissal pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 41(a) of the Complaint by Plaintiff RICHARD GREENBERG against Defendant RICHARD M. JOHNSTON, and the Court being of the opinion that said dismissal should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that the Complaint by

1
ORDER FOR DISMISSAL

1  Plaintiff RICHARD GREENBERG against Defendant RICHARD M.
2  JOHNSTON, is hereby dismissed in its entirety, with prejudice, each party to bear
3  their own costs and fees.

4  **APPROVED AND SO ORDERED.**

7  DATED: August 11, 2015

    _____
8   HON. MICHAEL W. FITZGERALD
    United States District Judge